UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| DEBORAH M. DAVIS,              )<br>                                                    )<br>                    Plaintiff,     )<br>      v.                                        )<br>                                                    )      Case No.  08-2091<br>COMMISSIONER OF SOCIAL SECURITY,   )<br>sued as Michael J. Astrue,          )<br>                                                    )<br>                    Defendant.     ) | |

# REPORT AND RECOMMENDATION

In September 2007, Administrative Law Judge (hereinafter "ALJ") David Thompson denied Plaintiff Deborah Davis's applications for disability insurance benefits and supplemental security income benefits. The ALJ based his decision on findings that Plaintiff was not disabled within the meaning of the Social Security Act and she is capable of performing her past work, as well as a number of other jobs that exist in the national economy.

In April 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In September 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#10). In October 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#12). In December 2008, Plaintiff filed a Short Reply in Support of Her Motion for Summary Judgment or Remand (#15). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's  Motion for Summary Judgment or Remand (#10) be granted.

Consistent with the Court's reasoning in the Report and Recommendation granting motion (#10), the Court now recommends, pursuant to its authority under 28 U.S.C.

§ 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#12)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten working days after service of a copy of this recommendation. *See* 28 U.S.C. 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 24th day of April, 2009.

        s/ DAVID G. BERNTHAL
        U.S. MAGISTRATE JUDGE