UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DEBORAH M. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2091 |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY, sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On April 24, 2009, Magistrate Judge David G. Bernthal filed two Reports and Recommendations (#16, #17) in the above cause. Judge Bernthal recommended granting the Motion for Summary Judgment or Remand (#10) filed by Plaintiff, Deborah M. Davis, and denying the Motion for an Order Which Affirms the Commissioner's Decision (#12) filed by Defendant, the Commissioner of Social Security. More than ten (10) days have elapsed since the filing of the Recommendations, and Defendant has not filed an objection to the Reports and Recommendations. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendations are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#16, #17) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#10) is GRANTED. This case is remanded pursuant to sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with the Reports and Recommendations.

(3)  Defendant's Motion for an Order Which Affirms to Commissioner's Decision (#12) is DENIED.

(4) This case is terminated.

ENTERED this 12th day of May, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE